UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY RICHTOFEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5701** |
| **N. BURL CAIN** | **SECTION "T"(6)** |

### ORDER AND REASONS

Petitioner, Randy Richtofen, has filed a notice of appeal to the United States Fifth Circuit Court of Appeal and a request for Certificate of Appealability is currently pending. Rec. Doc. 19. The Court, having considered the record, the law, and applicable jurisprudence hereby **DENIES** the Certificate of Appealability in accordance with 28 USC § 2253 (c)(2) because there has been no showing that petitioner has been denied a constitutional right.

**I.     BACKGROUND**

Petitioner was convicted of second degree murder March 17, 2000, and was sentenced to at term on life imprisonment. The Louisiana Fifth Circuit Court of Appeal affirmed his conviction and sentence. The Louisiana Supreme Court denied his writ application on January 31, 2003.

Petitioner filed a state district court post-conviction application, which was denied in part on April 27, 2004. The remaining claims were denied June 14, 2004. The Louisiana Fifth Circuit Court of Appeal found no error with the state district court's post-conviction rulings and the Louisiana Supreme Court denied a writ application on June 17, 2005.

The instant writ for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 was deemed filed as of August 10, 2005, the date the application was signed. On February 27, 2007, the Magistrate issued a ninety-page opinion addressing in detail each of the numerous claims brought in Petitioner's application. The Magistrate recommended that the writ be denied because most of the

claims were procedurally barred. Rec. Doc. 12. As to those claims that were not procedurally barred, the Magistrate found that habeas relief on the merits should be denied. Rec. Doc. 12. Accordingly, the Magistrate recommended dismissal of the action.

After reviewing and rejecting Petitioner's objections, this Court adopted the Magistrate's Report and Recommendation and entered Judgment denying Petition *habeas corpus* relief. Rec. Docs. 15, 16. This Certificate of Appealability followed.

## II.   LAW AND ANALYSIS

Under 28 U.S.C. §2253(c), Petitioner has no right of appeal from this Court's final order in a *habeas* corpus proceeding in which the detention complained of arises out of process issued by a state court. Challengers to such orders must first obtain a Certificate of Appealability in order to proceed in the Court of Appeals. This Court may issue such a certificate "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

Petitioner has not made any showing of a denial of a constitutional right. The Magistrate Judge, in her well-reasoned and thorough report and recommendation correctly decided that most of the claims were procedurally barred and as to those claims that were not barred, correctly found that habeas relief should be denied. After reviewing the record and the applicable law, this Court finds that it has no jurisdiction over the *habeas* claims of the Petitioner as they relate to his conviction for the crime of second degree murder. As such, there is no showing of a denial of a constitutional right and a Certificate of Appealability should not be issued. Accordingly,

**IT IS ORDERED** that a Certificate of Appealability in the above-captioned matter shall not be issued for the reasons stated herein.

New Orleans, Louisiana, 23rd day of April, 2008.

                                                                **G. THOMAS PORTEOUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**